**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

    Plaintiff,

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC,
ROLLIE JORDAN,
CHUBB CORPORATION,
COLONIAL GENERAL INSURANCE AGENCY, INC., and
GREAT NORTHERN INSURANCE COMPANY,

    Defendants.

---

**AMENDED[1]
ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    This matter comes before the Court, *sua sponte*.

    **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

    (X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

    (X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    (X)    Hear and determine pretrial matters, as referred.

    (X)    Conduct a pretrial conference and enter a pretrial order.

---

[1] The court's Order of Reference [#13] inadvertently indicated the wrong case number.  This Order of Reference reflects the correct case number and supplants and supersedes the court's earlier Order of Reference [#13]

**IT IS FURTHER ORDERED** that parties and counsel shall be familiar and comply with the undersigned judge's requirements at **www.cod.uscourts.gov.**

Dated July 28, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge