IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-01758-REB-MJW

DOUGLAS A.  GLASER,

Plaintiff(s),

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC, et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant Kentwood Company of Cherry Creek, LLC's Motion to Quash Plaintiff's Subpoena Duces Tecum (docket no. 8) and Defendant Kentwood Company of Cherry Creek, LLC's Motion to Quash Plaintiff's Subpoena Duces Tecum for Bank Records (docket no. 09) are both GRANTED and the subpoenas *duces tecum* are quashed.

This case was transferred to this court from the United States District Court for the Western District of Washington at Seattle on July 24, 2009.  *See* docket no. 1.  On July 28, 2009, District Judge Blackburn entered an Order of Reference to Magistrate Judge Watanabe.  *See* docket no. 13.  On July 28, 2009, District Judge Blackburn entered an Amended Order of Reference.  *See* docket no. 15.  In this Amended Order of Reference, District Judge Blackburn directed that Magistrate Judge Watanabe conduct a Rule 16 Scheduling Conference and enter a Rule 16 Scheduling Order.  Magistrate Judge Watanabe has set a Rule 16 Scheduling Conference on October 1, 2009, at 9:30 a.m. and has ordered the parties to file their proposed Rule 16 Scheduling Order with the court five (5) prior to the Rule 16 Scheduling Conference.  *See* docket no. 31.  Magistrate Judge Watanabe will address all discovery issues during the Rule 16 Scheduling Conference and therefore any subpoenas served by the Pro Se Plaintiff are premature since this court has yet to conduct a Rule 16 Scheduling Conference and should be quashed.

Date:  August 19, 2009