**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

    Plaintiff,

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC,
ROLLIE JORDAN,
CHUBB CORPORATION,
COLONIAL GENERAL INSURANCE AGENCY, INC., and
GREAT NORTHERN INSURANCE COMPANY,

    Defendants.

**ORDER DISMISSING DEFENDANTS CHUBB CORPORATION,
COLONIAL GENERAL INSURANCE AGENCY, INC., AND
GREAT NORTHERN INSURANCE COMPANY**

**Blackburn, J.**

    The matter before me is the **Joint Motion To Dismiss With Prejudice** [#44] filed September 14, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants Chubb Corporation, Colonial General Insurance Agency, Inc., and Great Northern Insurance Company should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion To Dismiss With Prejudice** [#44] filed September 14, 2009, is **GRANTED**;

    2.  That plaintiff's claims against defendants Chubb Corporation, Colonial General Insurance Agency, Inc., and Great Northern Insurance Company, are

**DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

     3. That any pending motion filed on behalf of defendants Chubb Corporation, Colonial General Insurance Agency, or Great Northern Insurance Company, is **DENIED** as moot;

     4. That plaintiff's **Request For Default Judgment** [#38] filed August 25, 2009, against defendant Colonial General Insurance Agency, is **DENIED** as moot; and

     5. That defendants Chubb Corporation, Colonial General Insurance Agency, Inc., and Great Northern Insurance Company are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

     Dated September 16, 2009, at Denver, Colorado.

                                BY THE COURT:

                                Robert E. Blackburn
                                United States District Judge