IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-01758-REB-MJW

DOUGLAS A.  GLASER,

Plaintiff(s),

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC, et al,

Defendant(s).

---

MINUTE ORDER

---

It is hereby ORDERED that the Motion for Leave to be Removed from CM/ECF Notification List for Case No. 09-cv-01758-REB-MJW Only, DN 53, filed with the Court on October 6, 2009, is GRANTED.  The clerk of the court shall remove Defendant Colonial General Insurance Agency, Inc.'s counsel, Benjamin E. Tracey, from receiving further CM/ECF notifications from the court in this matter.

Date:  October 9, 2009