IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

Plaintiff(s),

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Kentwood Company at Cherry Creek, LLC's Motion for a Protective Order Regarding Douglas Glaser's Interrogatories (docket no. 63) is MOOT and therefore DENIED. The Plaintiff Douglas A. Glaser and Defendant Kentwood Company at Cherry Creek LLC entered into a full and complete settlement agreement which was approved by the court and placed on the record on December 21, 2009.

Date: December 22, 2009