**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

    Plaintiff,

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC, and
ROLLIE JORDAN,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

    The matter before me is **Douglas A. Glaser and Kentwood Company at Cherry Creek, LLC's Stipulation To Dismiss** [#77] filed January 5, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant, The Kentwood Company at Cherry Creek, LLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Douglas A. Glaser and Kentwood Company at Cherry Creek, LLC's Stipulation To Dismiss** [#77] filed January 5, 2010, is **APPROVED**;

    2. That plaintiff's claims against defendant, The Kentwood Company at Cherry Creek, LLC, are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs; and

    3. That defendant, The Kentwood Company at Cherry Creek, LLC, is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated January 6, 2010, at Denver, Colorado.

                                            BY THE COURT:

                                            /s/ Robert E. Blackburn
                                            Robert E. Blackburn
                                            United States District Judge