# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

     Plaintiff,

v.

ROLLIE JORDAN,

     Defendants.

## ORDER GRANTING MOTION TO STAY

**Blackburn, J.**

This matter is before me on the defendant's **Forthwith Motion for Stay of Execution of December 22, 2009 Order Regarding [Pro Se Plaintiff's] Motion To Compel Responses To Interrogatories (Docket No. 68)** [#80][1] filed January 7, 2010. I grant the motion.

On December 22, 2009, Magistrate Judge Watanabe entered an order [#68] granting the plaintiff's motion to compel responses to interrogatories.  The defendant's responses to those interrogatories are due today, January 8, 2010.  The defendant filed objections [#76] to the order of the magistrate judge.  The defendant's objections are not yet ripe for resolution.  To maintain the status quo pending resolution of the defendant's objections, I grant the motion to stay.

---

[1] "[#80]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the defendant's **Forthwith Motion for Stay of Execution of December 22, 2009 Order Regarding [Pro Se Plaintiff's] Motion To Compel Responses To Interrogatories (Docket No. 68)** [#80] filed January 7, 2010, is **GRANTED**; and

2.  That the requirements of the **Order Regarding [Pro Se Plaintiff's] Motion To Compel Responses To Interrogatories (Docket No. 68)** [#75] filed December 22, 2009, are **STAYED** pending resolution of the defendant's objections [#76] to the order of the magistrate judge.

Dated January 8, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge