IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

Plaintiff,

v.

THE KENTWOOD COMPANY CHERRY CREEK, LLC, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendant Rollie Jordan's Motion to Compel and Sanctions (docket no. 87) is GRANTED as follows finding good cause shown and further finding that Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed. Plaintiff shall meet and confer with Defendant Rollie Jordan's legal counsel and shall clear a date and time for his deposition within seven (7) days from the date of this Minute Order. Failure by Plaintiff to appear for his deposition may result in sanctions that may include a recommendation for dismissal of his claims against Defendant Rollie Jordan consistent with Fed.R.Civ.P. 37. Plaintiff shall further fully response to the outstanding written discovery requests by Defendant Rollie Jordan on or before **March 12, 2010.**

Date: February 24, 2010