**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01758-REB-MJW

DOUGLAS A. GLASER,

    Plaintiff,

v.

ROLLIE JORDAN,

    Defendant.

## MINUTE ORDER[1]

    The defendant's **Motion To Dismiss Pursuant To C.R.S. § 13-20-602(4)** [#81] filed January 7, 2010, the defendant's **Partial Objections To April 21, 2010 Minute Order Regarding Motions Hearing (Docket No. 110) Pursuant To Fed.R.Civ.P. 72(a)** [#111] filed April 27, 2010, and the defendant's **Forthwith Motion For Forthwith Order Regarding Defendant Jordan's Partial Objections To April 27, 2010 Minute Order Regarding Motions Hearing (Docket No. 110)** [#112] filed April 27, 2010, each are **DENIED** as moot. The plaintiff's **Motion For Extension of Time To Respond To Defense Motions** [#127] filed May 13, 2010, is **DENIED**.

    Dated: July 9, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.